IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TOP JET ENTERPRISES, LTD.,**<br><br>　　Petitioner (Judgment Creditor),<br><br>v.<br><br>**SINO JET HOLDING, LTD.,**<br>**SKYBLUEOCEAN LTD.** and<br>**JET MIDWEST GROUP, LLC,**<br><br>　　Respondents (Judgment Debtors),<br><br>**BANK OF BLUE VALLEY,**<br><br>　　Garnishee. | Case No. 2:21-MC-0201-DDC-JPO |

**MEMORANDUM AND ORDER**

　　Before the court is Petitioner and Judgment Creditor Top Jet Enterprises, LTD's ("Top Jet") Motion to Enforce Writ of Garnishment Against Bank of Blue Valley (Doc. 14). Top Jet's Motion supplies the requisite details mandated under Kan. Stat. Ann. § 60-739(a)(1)–(3). Likewise, the court has reviewed all of the filings in this case, and finds that garnishee Bank of Blue Valley has filed an Answer (Doc. 8) and an Amended Answer (Doc. 9), as contemplated and required by the statute. *See* Kan. Stat. Ann. § 60-739(a) ("The court shall direct the garnishee to pay to the judgment creditor such amount that the garnishee is holding, as indicated by the answer[.]"). Accordingly, the court hereby **GRANTS** Top Jet's Motion and **ORDERS** Bank of Blue Valley to pay to Top Jet the $249.78 that Bank of Blue Valley is holding as stated in its Amended Answer of Garnishee (Doc. 9).

**IT IS SO ORDERED.**

**Dated this 13th day of April, 2021, at Kansas City, Kansas.**

<u>s/ Daniel D. Crabtree</u><br>
**Daniel D. Crabtree**<br>
**United States District Judge**